Jeffrey B. Youmans                                     Honorable Lonny R. Suko
Sheehan Sullivan Weiss
Davis Wright Tremaine LLP
Suite 2200
1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| STEVEN ROGERS, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CV-08-5062-LRS |
| v. | ) | ORDER GRANTING STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE |
| TYSON FOODS, INC., a Delaware Corporation | ) | |
| Defendant. | ) | |

Based on the foregoing stipulation of the parties, Ct. Rec. 10, it is hereby

ORDERED, ADJUDGED, and DECREED that:

1. This action is DISMISSED WITH PREJUDICE, and each party shall bear his or its own costs and attorneys' fees.

DATED this 6th day of April, 2009.

s/Lonny R. Suko
_____
HONORABLE LONNY R. SUKO

STIPULATION AND ORDER TO DISMISS – 1
(CV-08-5062-LRS)
DWT 12639470v1 0085235-000002

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Presented by:
Davis Wright Tremaine LLP
Attorneys for Defendant


By /s/Sheehan Sullivan Weiss
   Jeffrey B. Youmans, WSBA #26604
   Sheehan Sullivan Weiss, WSBA #33189

Approved for Entry:
Sperline Telquist Ziobro Raekes, PLLC
Attorneys for Plaintiff


By /s/John S. Ziobro
   John S. Ziobro, WSBA #25991

STIPULATION AND ORDER TO DISMISS – 2
(CV-08-5062-LRS)
DWT 12639470v1 0085235-000002